# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR7 |
| Plaintiff, | ) | |
| vs. | ) | MEMORANDUM |
| | ) | AND ORDER |
| TAFT BURTTON, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's pro se motion to reduce his sentence as a result of the Fair Sentencing Act of 2010 (Filing No. 163) and the motion to withdraw filed by Assistant Federal Public Defender Jeffrey L. Thomas (Filing No. 165).

The Defendant pleaded guilty to Count I of the Indictment, which charged him with possessing with intent to distribute 50 grams or more of a mixture or substance containing crack cocaine, resulting in a statutory minimum sentence of 10 years. On February 11, 2009, the Defendant was sentenced to the mandatory minimum sentence of 120 months imprisonment. The Eighth Circuit Court of Appeals has determined "that the Fair Sentencing Act of 2010, moderating mandatory minimum cocaine base sentences, is not retroactive." *United States v. McKoy,* 665 F.3d 968, 970 (Dec. 30, 2011). *But see United States v. Hill,* 417 F. App'x 560 (7th Cir.), *cert. granted,* 132 S. Ct. 759 (2011). Therefore, at this time the Defendant is not entitled to a further reduction. Because there are no other nonfrivolous issues that may be addressed with respect to the Defendant's sentence, defense counsel's motion to withdraw will be granted.

IT IS ORDERED:

1. The Defendant's motion to reduce his sentence (Filing No. 163) is denied; and

2. The motion to withdraw filed by Assistant Federal Public Defender Jeffrey L. Thomas (Filing No. 165) is granted.

DATED this 21st day of February, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge